UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JUAN BAUTISTA LUNA CUADRA,                                              Petitioner,

v.                                                        Civil Action No. 4:26-cv-325-DJH

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security et al.,                                 Respondents.

\* \* \* \* \*

## ORDER

Petitioner Juan Bautista Luna Cuadra, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is hereby

**ORDERED** as follows:

(1)     The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)     The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Arthur Maglinger.

(3)     The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4)     **On or before May 8, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5)     Petitioner may file a reply **on or before May 11, 2026**.

(6)     If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before May 8, 2026**.  *See* 28 U.S.C. § 2243.  In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Daviess County Detention Center.  Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

May 5, 2026

David J. Hale, Chief Judge
United States District Court

1