UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JUAN BAUTISTA LUNA CUADRA,                                           Petitioner,

v.                                                      Civil Action No. 4:26-cv-325-DJH

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security et al.,                              Respondents.

\* \* \* \* \*

## ORDER

In light of the Court's May 19, 2026 Memorandum and Order (Docket No. 11) ordering Petitioner Juan Bautista Luna Cuadra's immediate release, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion for a temporary restraining order (D.N. 3) is **DENIED** as moot.

May 19, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1